**Order filed March 5, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01055-CV
_____

### LEONARD WICKERS, Appellant

### V.

### AMERICAN SOUTHWEST INSURANCE MANAGERS, INC. D/B/A STATEWIDE CLAIMS SERVICE, Appellee

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2012-07012**

## O R D E R

Appellant's brief was due February 8, 2013. No brief or motion for extension of time has been filed. On February 12, 2013, appellee filed a motion to dismiss the appeal for want of prosecution.

Unless appellant submits a brief to the clerk of this court on or before **March 20, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM